# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00249-JCM-NJK |
| vs. | ORDER |
| JOSHUA FORBES CALHOUN, | |
| Defendant. | (Docket Nos. 41, 43, 44) |

On June 1, 2016, while represented by counsel, Defendant Joshua Forbes Calhoun filed a *pro se* motion to withdraw plea. Docket No. 41. On June 13, 2016, while represented by counsel, Defendant filed a *pro se* motion for an evidentiary hearing. Docket No. 43. On June 16, 2016, the United States filed a motion to strike Defendant's *pro se* motions. Docket No. 44.

A party who is represented by counsel "cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a). The Federal Public Defender's Office was appointed as Defendant's counsel on August 17, 2015, and made its first appearance on Defendant's behalf that same day. Docket Nos. 6, 9.

. . . .

. . . .

. . . .

Accordingly,

The United States' motion to strike, Docket No. 44, is **GRANTED**. Defendant's motion to withdraw plea and motion for evidentiary hearing, Docket Nos. 41, 43, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: June 16, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge