**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cr-00249-JCM-NJK |
| vs. | ) | ORDER SETTING HEARING |
| JOSHUA FORBES CALHOUN, | ) | (Docket No. 42) |
| Defendant. | ) | |

Pending before the Court is Defendant's counsel's motion to dismiss counsel and appoint new counsel.  Docket No. 42.  The Court hereby sets the motion for hearing on June 28, 2016, at 11:00 a.m. in courtroom 3D.  Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: June 16, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge