1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) Case No. 2:15-cr-00249-JCM-NJK |
| vs. | ) ORDER |
| JOSHUA FORBES CALHOUN, | ) |
| Defendant(s). | ) |

Pending before the Court is the Defendant's motion to dismiss his counsel and appoint new counsel.  Docket No. 49.  The Court hereby **SETS** that motion for hearing at 11:00 a.m. on July 20, 2016, in Courtroom 3A.  Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: July 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge