IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA )  Case No. 2:15-cr-249-JCM-NJK
       Plaintiff, )
  )  **ORDER TEMPORARILY UNSEALING**
vs. )  **TRANSCRIPT**
JOSHUA FORBES CALHOUN, )
       Defendant. )
_____ )

On November 28, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Chris Arabia, counsel for defendant, requesting a transcript of the sealed hearing July 20, 2016, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Chris Arabia.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this _____ day of _____ 2016.

JAMES C. MAHAN
U.S. District Court Judge