# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-249 JCM (NJK) |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSHUA FORBES CALHOUN, | |
| Defendant. | |

Presently before the court is the matter of *United States v. Calhoun*, case number 2:15-cr-00249-JCM-NJK-1. Petitioner Joshua Forbes Calhoun filed an amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 87). Briefing shall proceed as follows: respondent has twenty-one days from the date of this order to file a response. Thereafter, petitioner has fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 87) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

DATED: April 1, 2019.

JAMES C. MAHAN
United States District Judge