# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joshua Forbes Calhoun

      Petitioner,

 v.

USA

      Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case Number: 2:19-cv-00082-JCM

Criminal Case Number: 2:15-cr-00249-JCM-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's Amended Motion to Vacate (2255)is Denied. Judgment is entered in favor of Respondent USA and against Petitioner Joshua Forbes Calhoun.

6/27/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ S. Denson  
Deputy Clerk